Exhibit 2

# Infringement Claim Chart for U.S. Pat. No. 9529918B2 v. Nintendo

| Claim 1 | Evidence |
|---|---|
| 1. A method, implemented by a computing device, for causing at least one application to be downloaded via a communication network, comprising: receiving, via the communication network, an input search query from a user device; | The defendant (Nintendo) provides an app (i.e., E-store). Users can download on their mobile or computer device and include instructions for effecting the provision of content (i.e., games, news, etc.) over a network (i.e., internet). Users can search any application in the search bar to select a particular application.<br><br><br><br>Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/ |



Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/

Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/

| | |
|---|---|
| determining the search intent based on the input search query;<br><br>selecting, based on the search intent, at least one application from at least one applications central repository; | As shown below, in this store users can search for any particular application (i.e., game) and can select that application. For example, when a user inputs the query [e.g., Game], the store offers relevant gaming applications. The Nintendo server stores a variety of applications on the device, and these are displayed in the Nintendo Store on the device.<br><br><br><br>Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/ |

| | |
|---|---|
| | 

Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/ |
| causing an icon corresponding to the at least one selected application to be displayed on a display of the user device; | Nintendo store displays app icons on the user's device as search results after the user performs search functionality to search any particular application. |

| | |
|---|---|
| |   Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/ |
| receiving via the communication network<br><br>an input from the user device indicating<br><br>a particular one of the at least one selected | As shown below, to download any application, the user needs to click on the app icon (input from the user's device) and select 'download'. In this store, the user needs to search for the application in the search bar, select the app, and click on download. |

| | |
|---|---|
| application; |  Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/ <br><br> Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/ |

| | |
|---|---|
| | <br>Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/ |
| causing establishment of a direct communication link between the user device and<br><br>a location hosting the particular one of the at least one selected application in response to an input | Nintendo server stores applications that are displayed on the app store. When the user provides any search query related to any app from their device via the internet connection such as Wi-Fi or mobile data, a communication link between the server and the user's device is created to provide the app from the server to the user's device. After the application is displayed on the user's device, the user can click on the download button (causing initiation of a download of the particular one of the at least one selected application) displayed on the device to initiate the download of the application via the internet connection. |

| | |
|---|---|
| received from the user device;<br><br>and<br>Causing initiation of a download of the particular one of the at least one selected application to the user device over the direct communication link. | Any Nintendo Switch Online membership (sold separately) and Nintendo Account required. Persistent Internet and compatible smartphone required to use app. Data charges may apply. Nintendo Account age 13+ required to access some online features on the app, including voice chat. Smartphone app features available in compatible games. Not available in all countries. Terms apply. nintendo.com/switch-online<br><br>Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/<br><br>**Error Code: 2137-8056**<br><br>Applies to: Nintendo Switch Family, Nintendo Switch, Nintendo Switch Lite, Nintendo Switch - OLED Model<br><br>The information in this article can help you when:<br><br>• Attempting to download a game or access the Nintendo eShop on Nintendo Switch, error code 2137-8056 is displayed.<br><br>• You receive the error message "Unable to communicate with the server. The network may be busy or the signal strength may be poor. Please try again later."<br><br>Source:  https://en-americas-support.nintendo.com/app/answers/detail/a_id/28910/~/error-code%3A-2137-8056 |



Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/



Source: https://www.nintendo.com/us/store/products/nintendo-switch-online-app-mobile/